

**FILED**

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN RE DANIEL POLKOW,

Petitioner.

FILED

DEC 06 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

Daniel Polkow, by and through counsel Benjamin Reed, has petitioned the Court to "waive the Montana Character and Fitness Application for his admittance to the Montana State Bar" in conjunction with his application for admission upon score transfer. Polkow has submitted a supporting affidavit. Polkow passed the Oregon Bar Examination after sitting in July 2022, which is a Uniform Bar Examination, and in the subsequent process of applying to the Oregon State Bar, Polkow underwent a character and fitness examination that found no issues requiring further evaluation. The Oregon State Bar has confirmed this status. Polkow has accepted employment with the Montana Public Service Commission.

However, the Oregon State Bar does not require a National Conference of Bar Examiners (NCBE) character and fitness investigation, which Montana does. *See Rules of Admission to the Bar of Montana*, I(D)(1), I(G)(3). While the Petition indicates Polkow provided a completed NCBE application in support of his Montana application, he explains he did not actually submit it to NCBE and undergo that review. Despite Polkow's Oregon process and submission of a NCBE application, we cannot waive the requirement that he undergo the NCBE investigation. Therefore,

IT IS HEREBY ORDERED that the Petition of Daniel Polkow to waive the requirement to undergo a NCBE investigation for his application for admission to the Montana State Bar is DENIED.

The Clerk is directed to mail a copy hereof to counsel of record for Daniel Polkow and to the Bar Admissions Administrator of the State Bar of Montana.

DATED this 6th day of December, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices